311 So.2d 443

### In re ALABAMA MACHINERY AND SUPPLY CO.

### v.

### Eddie SCOTT.

#### Ex parte Alabama Machinery and Supply Company.

#### SC 1178.

Supreme Court of Alabama.

April 17, 1975.

Harry Cole and John M. Milling, Jr., Montgomery, for petitioner.

George B. Azar, Montgomery, for respondent.

EMBRY, Justice.

Petition of the Alabama Machinery and Supply Company for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Alabama Machinery and Supply Co. v. Scott, 54 Ala.App. 616, 311 So.2d 440.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, FAULKNER and ALMON, JJ., concur.

313 So.2d 203

### In re Barbara Ann ALLRED

### v.

### STATE.

#### Ex parte Barbara Ann Allred.

#### SC 1225.

Supreme Court of Alabama.

May 22, 1975.

Fred Blanton, Birmingham, for petitioner.

None for the State.

JONES, Justice.

Petition of Barbara Ann Allred for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Allred v. State, 55 Ala.App. 74, 313 So.2d 195.

No appearance for the State.

Writ denied.

HEFLIN, C. J., and MERRILL, MADDOX and SHORES, JJ., concur.